IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GENARO MARTIN MAYDANA RAMIREZ, et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. NO. C-07-228 |
| MICHELIN NORTH AMERICA, INC., and OLBERTH AMILKAR MAYDANA, | § § § § | |
| Defendants. | § | |

## ORDER STRIKING PLEADING

On June 19, 2007, Stephanie L. Spardone and Christa D. Hykaway filed an "Agreed Motion to Withdraw and to Substitute Counsel of Record" for Defendant Michelin Americas Research & Development Corporation. (D.E. 9.) The Motion to Withdraw and Substitute, however, does not contain the signature of the client and does not contain a statement that the substitution will not result in any delays in the case, as required by this Court's Standing Order.[1] Therefore, the Court hereby STRIKES the Motion to Withdraw.

SIGNED and ENTERED this 9th day of July, 2007.

_____
Janis Graham Jack
United States District Judge

---

[1] See D.E. 7, Standing Order ¶ 1 "[m]otions to substitute counsel in cases assigned to this Court must include the signatures of the withdrawing counsel, the counsel substituting in and the client. The motion must also include a statement that said substitution will not result in any delays in the case and that the substituting counsel is familiar with the Court's Scheduling Order."