UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GENARO MARTIN MAYDANA RAMIREZ, | § | |
| *et al*, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-228 |
| | § | |
| MICHELIN NORTH AMERICA INC, *et al*, | § | |
| | § | |
| Defendant. | § | |

## ORDER STRIKING PLEADING(S)

The Clerk has filed your  proposed Order  (D.E. 26)     ; however, it is deficient in the area(s) checked below:

1. ___ Pleading is not signed. (LR 11.3)

2. ___ Pleading is not in compliance with LR 11.3.A(1) through (6)

3. ___ Caption of the pleading is incomplete. (LR10.1)

4. ___ No certificate of service, or explanation why service is not required. (LR5.4)

5. ___ No statement re conference w/opposing counsel. (LR7.1.D)

6. ___ Separate proposed order not attached. (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6.

8. _X_ Other:  Order not complete

The Clerk is hereby ORDERED to strike the above instrument(s) from the record and notify counsel of such action.

SIGNED this  30th day of July, 2007.

Janis Graham Jack
United States District Judge