UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GENARO MARTIN MAYDANA RAMIREZ, *et al*, | § § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. C-07-228 |
| | § | |
| MICHELIN NORTH AMERICA INC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

On November 1, 2007, the Court held a teleconference in the above-styled action and ordered as follows:

Plaintiffs shall be permitted to conduct tests on the tire involved in the accident giving rise to this litigation under the following conditions:

(1)  Before the commencement of testing, Plaintiffs and Defendants shall work together to create a detailed testing protocol that is mutually acceptable to all parties;

(2)  Before the commencement of testing, Defendant shall have the opportunity to (a) review the credentials of the expert selected by Plaintiffs to conduct the testing, and (b) bring a Daubert challenge against such expert if Defendants feel such challenge is necessary;

(3)  Defendant is entitled to have representatives present during the testing;

(4)  Similarly, Plaintiffs are entitled to have representatives present during any testing conducted by Defendant; and

(5)  the testing shall be videotaped.

SIGNED and ORDERED this 5th day of November, 2007.

*Janis Graham Jack*
Janis Graham Jack
United States District Judge